# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1273**  September Term, 2015

NLRB-13CA152806

Filed On: September 2, 2015 [1571161]

Rush University Medical Center,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

International Brotherhood of Teamsters Local 743,
    Intervenor

------------------------------

Consolidated with 15-1303

**O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the cross-application for enforcement.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

                BY:    /s/
                        Mayra L. Gallo
                        Deputy Clerk